*J. M. Van Trees* and *J. W. Burton*, for appellant.

---

### NEWMAN *v.* THE INDIANAPOLIS AND ST. LOUIS R. R. CO.

APPEAL from the Hendricks Circuit Court.

WORDEN, J.—This case involves the same questions that were decided in the case of *Straughan* v. *The Indianapolis and St. Louis R. R. Co.*, 38 Ind. 185, and must be affirmed for the reasons therein given.

The judgment below is affirmed, with costs and five per cent. damages.

*W. A. McKenzie, C. C. Nave*, and —— *Nave*, for appellant.

*M. A. Osborn*, for appellee.